INTERNATIONAL SHOE CO. v. Solomon COHEN.

No. 6096.

Circuit Court of Appeals, Sixth Circuit.

Oct. 7, 1932.

Max Kahn, of Detroit, Mich., for appellant.

Irwin I. Cohn, of Detroit, Mich., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

---

INTERNATIONAL SHOE COMPANY, Appellant, v. FARMERS' UNION STORE.

No. 9471.

Circuit Court of Appeals, Eighth Circuit.

July 7, 1932.

Irving Johnson, of Oskaloosa, Iowa, and Richard O. Rumer, of St. Louis, Mo., for appellant.

Darl L. Ambelang, of Chariton, Iowa, for appellee.

PER CURIAM.

Appeal dismissed at cost of appellant, but without the taxation of statutory attorney's fee in favor of appellee, per stipulation of parties.

---

Fred JORDAN and Henry Skiles, Appellants, v. UNITED STATES of America, Appellee.

No. 3355.

Circuit Court of Appeals, Fourth Circuit.

Oct. 3, 1932.

J. Raymond Gordon, of Charleston, W. Va., for appellants.

David D. Ashworth, U. S. Atty., of Beckley, W. Va., and Okey P. Keadle, Asst. U. S. Atty., of Huntington, W. Va.

PER CURIAM.

Appeal dismissed on motion of appellee.

---

Allan A. KAPLAN, Appellant, v. Robert L. KOGER, Appellee.

No. 3382.

Circuit Court of Appeals, Fourth Circuit.

Aug. 1, 1932.

Geo. E. Walker, of Charlottesville, Va., for appellant.

Allen, Walsh & Waddell, of Charlottesville, Va., for appellee.

PER CURIAM.

Cause docketed and dismissed on motion of appellee.